## Fourth Department, June, 1928.

Frank Colonna and Others, Comprising the Copartnership Firm of Colonna & Company, Appellants, v. State of New York, Respondent.

Per Curiam. The testimony introduced by the claimants as to the amount of their damage is undisputed. The amount allowed by the Court of Claims is for pumping only. The claim for loss of profits has been dismissed, based on a finding that they could have kept the floor of the quarry dry by the use of better pumps or by doing more pumping. We think the evidence does not justify, such finding and that it is contrary to and against the weight of the evidence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. Judgment modified by increasing the amount of the award to $6,536.63, with interest thereon from February 8, 1924, and as so modified the judgment is affirmed, with costs to the appellants. Certain findings of fact disapproved and reversed and new findings made.

Addison Stearns, Appellant, v. Postal Telegraph-Cable Co., Inc., and Another, Respondents.

Per Curiam. The judgment of nonsuit in favor of defendant New York State Railways should be affirmed, with costs, on the ground that the wire from which plaintiff received his injuries may as likely have come in contact with the transmission wire, lack of insulation of which was not negligence, as with the defectively insulated feed wire. That in favor of the defendant Postal Telegraph-Cable Co., Inc., should be reversed and a new trial granted, with costs to appellant to abide the event, on the ground that the doctrine of *res ipsa loquitur* is applicable, and both defendants' negligence and plaintiff's contributory negligence were questions of fact for determination by the jury. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. Judgment as to New York State Railways affirmed, with costs. Judgment reversed on the law as to the defendant Postal Telegraph-Cable Company, and a new trial granted, with costs to appellant to abide event.

In the Matter of the Application of Lillie M. Durand and Samuel E. Durand, as Executors of, and of Samuel E. Durand as Trustee, under the Last Will and Testament of John E. Durand, Deceased, for a Construction of Said Will.— Decree affirmed with separate bills of costs to each respondent appearing upon this appeal and filing separate briefs, payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.